IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**AMANDA REID,** individually and on behalf of similarly situated persons,

          Plaintiff,

v.

**ROHOHO, INC. d/b/a PAPA JOHNS PIZZA,**

          Defendant.

**Case No. _____**

**Collective Action Complaint**

**Jury Demanded**

## CONSENT TO BECOME A PARTY PLAINTIFF
Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to become a party plaintiff seeking unpaid wages and compensation in this case.

By joining this lawsuit, I designate the Named Plaintiff to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit.

For the purposes of this lawsuit, I choose to be represented by Morgan & Morgan, P.A.

Date: 9/28/2021 | 12:40 PM EDT      Sign: _____

Print Name: Amanda Reid